NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO K. BENNETT, | ) | No. C 06-3107 JF (PR) |
| | ) | |
| | ) | ORDER REGARDING |
| Plaintiff, | ) | PLAINTIFF'S PENDING |
| | ) | MOTIONS |
| vs. | ) | |
| | ) | |
| JEANNE WOODFORD, et al., | ) | |
| | ) | |
| | ) | (Docket Nos. 50, 53, 55, 56, 63, |
| Defendants. | ) | 66, 69, 80, 83, 84, 85, 86, 88, |
| | ) | 90, 91, 95, 99) |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against Pelican Bay State Prison ("PBSP") employees and the Director of the California Department of Corrections and Rehabilitation. Plaintiff has been granted leave to proceed in forma pauperis in a separate written order. The Court dismissed the complaint with leave to amend. Plaintiff filed three amended complaints on April 16, April 23, and May 17, 2007. Plaintiff has filed several requests and motions for discovery. Plaintiff has filed a request for an injunction, two motions for copies, two requests for subpoenas, a request for status, a motion for the Court to grant his motions, and two motions for default judgment. The Court will address Plaintiff's pending

Order Regarding Plaintiff's Pending Motions
P:\pro-se\sj.jf\cr.06\Bennett107miscmotns            1

motions as set forth below.  The Court will review the amended complaint in a separate written order.

**DISCUSSION**

The Court has yet to review the amended complaint.  Accordingly, Defendants have not been served at this time.  The Court notes that Plaintiff does not need to file any discovery requests with the Court.  At this time, all motions and requests for discovery (docket nos. 50, 53, 63, 84, 85, 86, and 90) are DENIED without prejudice as premature.  Plaintiff's requests for the Clerk to order subpoenas (docket no. 80, 83) and request to serve Defendants (docket no. 99) are DENIED without prejudice.  If the Court orders service of the amended complaint, summons will be issued and a copy of the amended complaint will be served on the Defendants by the Court, as Plaintiff is proceeding <u>in forma pauperis</u>.  Plaintiff's motion requesting that the Court grant all of his motions (docket no. 56) is DENIED without prejudice.

Plaintiff's motion for an injunction regarding the opening of his legal mail (docket no. 55) is DENIED without prejudice.  Plaintiff may renew his motion after the Court has reviewed the amended complaint, and if appropriate, ordered service on the Defendants.

Plaintiff's motions for default judgment (docket nos. 91, 95) are DENIED as moot because Defendants have not been served.  Plaintiff's motions for copies (docket nos. 66, 69) are DENIED without prejudice.  Plaintiff may complete the enclosed form requesting copies of any documents filed in this case and submit payment of $.50 per page.  Plaintiff's request for status (docket no. 88) is GRANTED.  The Clerk shall send Plaintiff a copy of the docket sheet.  The Court notes that Plaintiff need not file any further motions or requests to proceed with his case.  The Court will review the amended complaint filed on May 17, 2007, in a separate written order.

It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address."

\\\

Order Regarding Plaintiff's Pending Motions
P:\pro-se\sj.jf\cr.06\Bennett107miscmotns          2

1  Plaintiff must comply with the Court's orders in a timely fashion or ask for an extension
2  of time to do so.  Failure to comply may result in the dismissal of this action pursuant to
3  Federal Rule of Civil Procedure 41(b).
4       IT IS SO ORDERED.
5  DATED:  3/19/08

                                                  JEREMY FOGEL
                                                  United States District Judge